**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JONATHAN XAVIER LAMINIA
GUACHAMBALA,

|  |  |
|---|---|
| Petitioner, | 26 **CIVIL** 1835 (GBD) |
| -against- | **JUDGMENT** |

TODD M. LYONS, Acting New York Field Office
Director, Immigration Customs and Enforcement and
Removal Operations; KRISTI NOEM, Secretary of the
Department of Homeland Security; PAM BONDI,
Attorney General of the United States,
                                        Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated March 10, 2026, Petition for writ of

habeas corpus is GRANTED IN PART; accordingly, the case is closed.

**DATED:** New York, New York
          March 11, 2026

**TAMMI M. HELLWIG**

_____
                **Clerk of Court**

BY: _____
                **Deputy Clerk**