**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ X

JONATHAN XAVIER LAMINIA GUACHAMBALA,     :

                                Petitioner,     :

        -against-     :

                                      :     <u>ORDER</u>

TODD M. LYONS, *Acting New York Field Office*     :
*Director, Immigration Customs and Enforcement and*     :     26 Civ. 1835 (GBD)
*Removal Operations*; KRISTI NOEM, *Secretary of the*     :
*Department of Homeland Security*; PAM BONDI,     :
*Attorney General of the United States*     :

                           Respondents.     :

------------------------------------------ X

GEORGE B. DANIELS, United States District Judge:

In light of this Court's March 10, 2026, Memorandum Decision and Order, (ECF No. 8,)

which closed this case, Judge Faila's March 5, 2026, order preserving jurisdiction is no longer in

effect, (ECF No. 3.)

Dated: April 15, 2026
       New York, New York

                                  SO ORDERED.

                                  *George B. Daniel*
                                  GEORGE B. DANIELS
                                  United States District Judge